IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No.: 11-cv-3410-RM-KMT

TRENSON L. BYRD,

    Plaintiff,

v.

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, and
BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,

    Defendants.

---

**ORDER GRANTING JOINT MOTION AND STIPULATION FOR DISMISSAL**

---

The Court, having reviewed the Joint Motion and Stipulation for Dismissal and being fully advised, hereby ORDERS as follows:

1. The parties' Stipulated Motion to Dismiss is GRANTED;

2. The above-captioned matter is DISMISSED WITH PREJUDICE; and

3. Each party shall bear his/her or its own costs and attorneys' fees.

Dated this 25th day of June, 2013.

                                        BY THE COURT:

                                        _____
                                        Raymond P. Moore
                                        United States District Judge